UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN M. BLAHA, Personal Representative of the ESTATE OF FRANK J. BLAHA, Jr. and STEVEN BLAHA | CIVIL ACTION NO. 1:CV-05-2602 |
| Plaintiffs, | HON. CHRISTOPHER C. CONNER |
| v. | JURY TRIAL DEMANDED |
| CHARLES TURNER, LUMBERMEN ASSOCIATES, INC. and TRANSPORTATION ASSOCIATES, INC. | |
| Defendants. | |

FILED
HARRISBURG
MAR 2 8 2006
MARY E. D'ANDREA, C~~LERK~~
Per_____
Deputy Clerk

## ORDER

AND NOW, this 28th day of March, 2006, upon consideration of Defendants Charles Turner's and Lumbermen Associates, Inc.'s Motion to Dismiss Their Counterclaim Against Plaintiff Steven Blaha submitted by Defendant Turner and Lumbermen Associates, Inc., it is hereby ORDERED that said Motion is GRANTED. Defendants Turner's and Lumbermen Associates, Inc.'s Counterclaim against Plaintiff Steven Blaha is DISMISSED with prejudice.

BY THE COURT:

JUDGE CHRISTOPHER C. CONNER